**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80430-RLR

LAWRENCE FELTZIN,

    Plaintiff,
v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, EQUITY ONE (FLORIDA PORTFOLIO) LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this May 13, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Jonathan Brody* |
| BEVERLY VIRUES, ESQ. | JONATHAN BRODY, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 708194 |
| GARCIA-MENOCAL, P.L. | BRODY & BRODY, P.A. |
| 350 Sevilla Avenue, Suite 200 | 2850 North Andrews Avenue |
| Coral Gables, FL 33345 | Ft. Lauderdale, FL 33311 |
| Telephone: (305) 553- 3464 | Telephone: (954) 524-4684 |
| E-mail:  bvirues@lawgmp.com | E-Mail: jbrody@brodylegal.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 13, 2024.

                              Respectfully submitted,

                              **GARCIA-MENOCAL, P.L.**
                              *Attorneys for Plaintiff*
                              350 Sevilla Avenue, Suite 200
                              Coral Gables, FL 33345
                              Telephone: (305) 553-3464
                              Facsimile: (305) 553-3031
                              Primary E-Mail: bvirues@lawgmp.com
                              Secondary E-Mail: amejias@lawgmp.com;
                              aquezada@lawgmp.com

                              By: */s/ Beverly Virues*
                                    BEVERLY VIRUES