## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80430-RLR

LAWRENCE FELTZIN,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC,

    Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE FELTZIN, and Defendant, EQUITY ONE (FLORIDA PORTFOLIO) LLC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 5, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Jonathan Brody* |
| BEVERLY VIRUES, ESQ. | JONATHAN BRODY, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 708194 |
| GARCIA-MENOCAL, P.L. | BRODY & BRODY, P.A. |
| 350 Sevilla Avenue, Suite 200 | 2850 North Andrews Avenue |
| Coral Gables, FL 33345 | Ft. Lauderdale, FL 33311 |
| Telephone: (305) 553- 3464 | Telephone: (954) 524-4684 |
| E-mail: bvirues@lawgmp.com | E-Mail: jbrody@brodylegal.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 5, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com


By: ___/s/ Beverly Virues_____
       BEVERLY VIRUES
       Florida Bar No.: 123713